AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| Daryl Alexis CASTRO | ) | |
| | ) | 6:26-mj- 1539 |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 28, 2026 _____ in the county of _____ Volusia _____ in the _____ Middle _____ District of _____ Florida _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Interstate commerce facility to attempt to persuade, induce, and entice a minor or coerce a minor. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Emily Diaz, SA, HSI
_____
*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: 5/1/2026
_____
*Judge's signature*

City and state:          Orlando, Florida                Nathan W. Hill, U.S. Magistrate Judge
_____
*Printed name and title*

STATE OF FLORIDA        CASE NO. 6:26-mj- 1539

COUNTY OF ORANGE

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Emily Diaz, having been duly sworn, hereby make the following statement in support of the attached criminal complaint.

**INTRODUCTION:**

1.      This affidavit is submitted in support of a criminal complaint against Daryl Alexis CASTRO (hereinafter "CASTRO") for a violation of 18 U.S.C. § 2422(b). As set forth in detail below, I believe there is probable cause that on or about February 26, 2026, in the Middle District of Florida, CASTRO knowingly enticed a minor to engage in sexual activity (namely the production of child pornography as prohibited by 18 U.S.C. § 2251(a)), in violation of 18 U.S.C. § 2422(b).

2.      I am a Special Agent (SA) of the United States Department of Homeland Security Investigations (HSI), currently assigned to the HSI Space Coast (Cocoa Beach) office. I have been employed as a Special Agent with the United States Homeland Security Investigations (HSI) since July 2024. My duties include investigating criminal violations related to child exploitation and child pornography. I have received training in the investigation of child pornography and child exploitation and have had the opportunity to observe and review numerous examples of child pornography (as that term

is defined by 18 U.S.C. § 2256) in all forms of media including computer media.

3.      Prior to my employment with HSI, I worked as a local law enforcement officer for approximately 11 years in Palm Beach County, FL. I worked with the following law enforcement agencies: Town of Palm Beach Police Department, The School District of Palm Beach County Police Department and Palm Beach County Sheriff's Office.

4.      In my 11 years of service as a local law enforcement officer, I worked in the capacity of road patrol officer, school resource officer and a detective in the Behavioral Services Division (School District of Palm Beach County Police Department); investigating threats to kill, sexual battery, and lewd and lascivious conduct cases.

5.      I have received the following trainings and certifications: Child Rescue Coalition Core Technology (2026), ICAC conference (2025), Child Exploitation Investigations related to Immigration Enforcement (2025), Designated Technical Agent (2025), ICAC Conference (2023), FDLE, Violent Crimes Investigations (2023), FDLE, Sex Crimes Investigations (2022), FDLE, Advanced Hostage Negotiations (2022), PBSO, FDLE, Narcotics and Dangerous Drugs (2015), FDLE, Hostage Negotiations (2014), PBSO, Crisis Intervention Team, CIT certified (2014) and FDLE, Interviews and Interrogations (2014). I also received a Bachelor of Arts degree in Criminal

Justice at the University of Florida in 2012 and a Master of Science degree in Mental Health at Palm Beach Atlantic University in 2017.

6.     As a federal agent, I am authorized to investigate violations of laws of the United States, and as a law enforcement officer I am authorized to execute warrants issued under the authority of the United States.

7.     The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. Because this affidavit is submitted for the limited purpose of establishing probable cause to support a criminal complaint, I have not included details of all aspects of my investigation.  Rather, I have set forth only those facts I believe are necessary to establish probable cause that the below listed individual committed a violation pursuant to 18 U.S.C. § 2422(b).

## PROBABLE CAUSE

8.     On or about March 6, 2026, A National Center for Missing and Exploited Children (NCMEC) Cybertip # 230749701 was received by Port Orange Police Department regarding the potential distribution of Child Sexual Abuse Material (CSAM) via the application, Discord Inc.

9.     The National Center for Missing and Exploited Children (NCMEC) reported that the Discord user "therealleo1996" appeared to be sharing Child Sexual Abuse Material (CSAM).   The cybertip indicated that

the service provider, Discord, had viewed the material submitted and believed it to be potential CSAM.

10.     According to the National Center for Missing and Exploited Children (NCMEC) one of the files associated to user "therealleo1996" was believed to contain Child Sexual Abuse Material (CSAM). The file is described below:

Filename: 8366257ca684a43e640d29dc11d539044389980b2eec63d218ef9aeb557f

6d8c.mov

11.     Discord Inc., provided the National Center for Missing and Exploited Children (NCMEC) the following information associated to the user, "therealleo1996":

- +13863330639 (Verified)

- Email Address: darylcastro40@gmail.com (Verified)

- Screen/Username: therealleo1996

- ESP User ID: 1829008821929754625

- IP Address: 172.56.73.39 (Login)

- 02-26-2026 01:42:39 UTC

- Based on phone Geo-lookup, possible suspect to be Daryl Castro, located at 725 Dunlawton Ave., Port Orange, FL 32129.

12. On or about March 9, 2026, T-Mobile responded to Port Orange Police Department's subpoena request for subscriber information associated to the cellular number, +13863330639.

13. T-Mobile returned the following information associated to the cellular number, +13863330639:

- Subscriber name: Daryl CASTRO

- Subscriber address: 725 Dunlawton Ave., Port orange, FL 32129

- Effective date: 12/24/2023

- Status: Active

  Date of birth: xx/xx/1996

14. On or about March 9, 2026, Port Orange Police Department obtained a state search warrant for the Discord account "therealleo1996." On or about March 16, 2026, Discord Inc. responded to Port Orange Police Department's warrant request for the current, deleted or preserved electronic communications/content, documents, photos, video, data or files associated to Discord Inc. user "therealleo1996."

15. HSI and Port Orange Police Department reviewed the electronic communication and files associated to "therealleo1996."

16. Upon reviewing the files, the initial file associated to the Cybertip, (filename: 8366257ca684a43e640d29dc11d539044389980b2eec63d218ef9aeb557f6d8c.mov) was discovered in the Discord return for "therealleo1996."

17.     HSI and Port Orange Police Department reviewed the file. The file description is as follows: A 51-second video depicting a prepubescent female between 5 and 7 years of age preforming oral sex on an unidentified adult male.

18.     In addition to the file described above, several sexually explicit conversations, images and videos were discovered in CASTRO's chat history.

19.     In one example, CASTRO chatted with a 13-year-old minor female, Discord user "c9utw" on or about January 28, 2026. CASTRO enticed the minor to create obscene material. CASTRO also asked for the minor ("c9utw") to transmit any media files of her participating in sexual acts.

20.     "c9utw" sent CASTRO numerous videos and images where the focal point is her vagina or anus, videos of her engaging in sex with unknown adult males, self-pleasuring, masturbation videos and videos where she is observed urinating and defecating.[1]

21.     CASTRO additionally sent "c9utw" at least 34 adult pornographic videos/images, at least 15 videos/images of his erect penis, videos of CASTRO masturbating and ejaculating, and at least one adult bestiality video.

22.     The Greater Manchester Police Department in North West England assisted Homeland Security Investigations and Port Orange Police

---

[1] The urination and defecation videos were sent at the specific request of CASTRO.

Department in positively identifying the user associated to account "c9utw." Greater Manchester Police Department conducted an interview of Discord user, "c9utw." The minor was identified through law enforcement resources and other identifiable attributes discovered within the chats between "therealleo1996" and "c9utw."Additionally, the user confirmed that she had communicated with CASTRO via Discord and was aware that CASTRO was an adult male. She described the conversations to be sexual in nature; to include CASTRO requesting for her to send him nude images/videos of herself.

23.    An excerpt of the conversation exchanged between CASTRO ("therealleo1996") and the 13-year-old ("c9utw") that took place on January 28, 2026, is as follows:

**Therealleo1996:**

When did you first get fucked

Lmao your tag said 13 years old and a porn star

You 13

Mmm you like fuck pedo bbc

**C9utw:** Huhh

**Therealleo1996:** Do you like fucking pedo bbc like guys that like teenage girls

**C9utw:**

Yess

My bio is so true thoo

**\*Agent note:** "bbc" means big black cock\*

**Therealleo1996:**

YOUR NOT 13

Fucking lil loli demon

**\*Agent note: "Loli" or "Lolita" is a Child Sexual Abuse Material (CSAM) term** that is used to describe a prepubescent or adolescent girl who is attractive and sexually responsive. Lolita is also used as a euphemism for child erotica, child porn, or barely legal adult porn. \*

**Therealleo1996:** oh btw so my cock is so thick you can see it bulge out of

your pussy

**C9utw:** And yr friends can take turns in mh tiny pussy

**Therealleo1996:** Yes but you gotta lie and say your 18

**C9utw:** Awh fine

**Therealleo1996:** yeah they arnt pedos babygirl

**C9utw:** I don't think I look 18

**Therealleo1996:** yeaaaaah that's what worries me you definitely look 13-15

**C9utw:** Omg u were 16 when I was born

**Therealleo1996:**

Yeah

I told you I was old!

24. Multiple sections of the chats make it clear that CASTRO was aware that the person that he was talking to was a minor, specifically an individual that was 13 years old. The chats between CASTRO and the minor

continue even after user "c9utw" shared she is only 13. CASTRO goes on to say he is "horny" and wants for "c9utw" to tell him what she wants him to do to her. CASTRO's requests for sexually explicit images and videos also continue after it is clear that he understands that he is talking with a minor. CASTRO reminded "c9utw" that he wanted videos of her using the bathroom (urinating and defecating) and wanted her to continue to send nudes and tell him her age; 13. CASTRO goes on to ask "c9utw" what her date of birth is; "c9utw" shared it is July xx, 2012[2].

25.     A photo was discovered within the files and chats of the Discord account "therealleo1996" wherein CASTRO is holding a piece of paper that says "therealleo" and that photo matches known pictures of CASTRO.

26.     On April 15, 2026, CASTRO was scheduled to report to Volusia County Career Criminal Unit (1330 Indian Lake Rd, Daytona Beach, Florida) for his compliance checks with the Sex Offender Registry. CASTRO is a registered sex-offender in the state of Florda due to a conviction in June of 2020 while he was on active duty in the military.[3]

27.     HSI and Port Orange Police Department executed a State Search Warrant for CASTRO's electronic device at the Volusia County

---

[2] The date of birth provided by "c9utw" in the chats match the date of birth of the individual interviewed and positively identified by Greater Manchester Police Department.

[3] CASTRO was convicted of a violation of the Uniform Code of Military Justice (UCMJ) Article 120, Sexual Abuse of a Child, and a violation of the UCMJ Article 134, Possession of Child Pornography (3 specifications (counts)).  He served 46 months of confinement and received a bad conduct discharge.

Career Criminal Unit. An iPhone 16[4] was found in CASTRO's possession and subsequently seized. A forensic analysis of the iPhone 16 revealed an image of Child Sexual Abuse Material (CSAM).

28.    The description of the image discovered on CASTRO's iPhone 16 is as follows:  A color image that depicts a 13- to 14-year-old pubescent female[5] who is naked and kneeling on the floor of a living room. Her legs are spread apart, and the focal point of the image is her vagina. The minor female is wearing a black mask over her eyes and holding a glass as she is being vaginally penetrated by a three-dimensional, lifelike torso (sex toy). The torso appears to be simulating a male as the torso has an attached penis. The image also captures a red colored dildo (sex toy) that is standing upright and displayed behind the minor female.

29.    Further analysis of the Discord chats indicate that the IP addresses associated with the phone at the time of the chats come back to the Port Orange and Daytona areas, which are within the Middle District of Florida.

---

[4] The Discord account communications occurred on an iPhone 13; however, on February 26, 2026, Discord sent an email to CASTRO stating "you broke Discord's Community Guidelines" and informing him that his Discord account had been banned.  It is believed that, sometime after this email was received by CASTRO, he got rid of his iPhone 13 and obtained a new iPhone 16.  However, the email address found in his iPhone 16 "therealleo1996@gmail.com" is one of the emails that was associated with his now-banned Discord account.

[5] The image/video found on CASTRO's iPhone 16 does not appear to be the same individual "C9utw" with whom he had been chatting via Discord.

30.     The purpose of the enticement, specifically the production of the videos and images described in paragraph 20 above, are all acts for which a person could be charged with a criminal offense, specifically a violation of 18 U.S.C. § 2251(a), production of child pornography.

## CONCLUSION

31.     Based on the above, I believe there is probable cause that CASTRO knowingly enticed a minor to engage in sexual activity, in violation of 18 U.S.C. § 2422(b).

This concludes my affidavit.

_____
Special Agent Emily Diaz
Homeland Security Investigations

Affidavit submitted by email and
attested to me as true and accurate
via video conference and/or telephone
consistent with Fed. R. Crim. P. 4.1
and 41(d)(3), before me this 1st
day of May, 2026.

_____
HON. NATHAN W. HILL
United States Magistrate Judge